1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL GENE McKINNEY,

11              Plaintiff,                    No. CIV S-10-1139 FCD EFB PS

12        vs.

13   TEHAMA COUNTY; RICHARD            ORDER AND
     SCHEULER; IRENE RODRIGUEZ,        FINDINGS AND RECOMMENDATIONS
14
                 Defendants.
15   _____/

16        This case, in which plaintiff is proceeding *pro se*, is before the undersigned pursuant to

17   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On August 6,

18   2010, defendants Richard Scheuler and Irene Rodriguez moved to dismiss plaintiff's complaint

19   pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and noticed the motion to be

20   heard on September 15, 2010.  Dckt. No. 9.  Then, on August 9, 2010, defendant Tehama County

21   filed a motion to dismiss pursuant to Rule 12(b)(6), and also noticed the hearing for September

22   15, 2010.  Dckt. No. 10.

23        On September 9, 2010, because plaintiff had not filed either an opposition or a statement

24   of non-opposition to the motions, the undersigned continued the hearing on the motions to

25   October 27, 2010; ordered plaintiff to show cause, in writing, no later than October 13, 2010,

26   why sanctions should not be imposed for his failure to timely file an opposition or a statement of

                                           1

1  non-opposition to the pending motions; and directed plaintiff to file an opposition to the motions,

2  or a statement of non-opposition thereto, no later than October 13, 2010.  Dckt. No. 13.  The

3  undersigned further stated that "[f]ailure of plaintiff to file an opposition will be deemed a

4  statement of non-opposition to the pending motions, and may result in a recommendation that

5  this action be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41(b)."  *Id.*

6       Although the deadlines have now passed, the court docket reflects that plaintiff has not

7  filed a response to the order to show cause, an opposition to defendants' motions, or a statement

8  of non-opposition to the motions.  In light of plaintiff's failures, the undersigned will recommend

9  that this action be dismissed for failure to prosecute and that defendants' motions to dismiss be

10  denied as moot.  *See* Fed. R. Civ. P. 41(b); L.R. 110.

11       Accordingly, IT IS HEREBY ORDERED that:

12       1.  The hearing date of October 27, 2010 on defendants' motions to dismiss, Dckt. Nos. 9

13  and 10, is vacated; and

14       2.  The status (pretrial scheduling) conference currently set for hearing on December 15,

15  2010, is vacated.[1]

16       IT IS FURTHER RECOMMENDED that:

17       1.  This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on

18  plaintiff's failure to prosecute the action;

19       2.  Defendants' motions to dismiss, Dckt. Nos. 9 and 10, be denied as moot; and

20       3.  The Clerk of Court be directed to close this case.

21       These findings and recommendations are submitted to the United States District Judge

22  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

23  after being served with these findings and recommendations, any party may file written

24

25  [1]  As a result, the parties are not required to submit status reports as provided in the May
    10, 2010 and September 9, 2010 orders.  *See* Dckt. Nos. 3, 13.  However, if the recommendation
26  of dismissal herein is not adopted by the district judge, the undersigned will reschedule the status
    conference and require the parties to submit status reports.

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:  October 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE